No. 98–5980.  HOWARD v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–6012.  HAILE v. IMMIGRATION AND NATURALIZATION SERVICE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 98–6408.  HEMMERLE v. ERDMAN ET AL.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 98–6409.  GREIST v. NORRISTOWN STATE HOSPITAL ET AL. C. A. 3d Cir.  Certiorari denied.

No. 98–6411.  BUHL v. TEXAS.  Ct. App. Tex., 10th Dist.  Certiorari denied.

No. 98–6414.  WHITE v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 98–6418.  SENA v. LYTLE, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 98–6419.  SCHLEEPER v. CAMPBELL, JUDGE, CIRCUIT COURT OF MISSOURI, ST. LOUIS COUNTY.  Sup. Ct. Mo.  Certiorari denied.

No. 98–6430.  CERILLI v. BARBIERI, WARDEN.  C. A. 2d Cir. Certiorari denied.

No. 98–6443.  TURRENTINE v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 98–6492.  JORDAN v. JOURNAL NEWSPAPERS, INC., ET AL. C. A. 4th Cir.  Certiorari denied.

No. 98–6516.  MASON v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 98–6518.  BALDWIN v. SUPERIOR COURT OF THE DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 98–6604.  MINK v. GENERAL MOTORS CORP.  C. A. 6th Cir. Certiorari denied.